# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09CV355-RJC-DCK

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., as Broadcast Licensee of the November 15, 2008, UFC #91 Broadcast, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TIMOTHY FLOYD BINGHAM, Individually and d/b/a KOOLIGANS BAR AND GRILL a/k/a KOOLIGAN'S BAR & GRILL, and KOOLIGANS BAR AND GRILL, a/k/a KOOLIGAN'S BAR & GRILL, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Considering the foregoing, IT IS HEREBY ORDERED that JULIE COHEN LONSTEIN, ESQ., be and hereby is, permitted to appear pro hac vice for all purposes, including being heard in open court, in all aspects of the above captioned matter.

Signed: September 2, 2009

David C. Keesler
United States Magistrate Judge